# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

KAREN ROBERTSON, as Trustee of the Trust of Lloydine Ann Reese, *et al.*,

Plaintiffs,

v.

NORTH AMERICAN VAN LINES, INC., a Delaware Corporation,

Defendant.

Case No: 3:03-cv-02397

[~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO RULE 41

Honorable Samuel Conti

This matter coming to be heard on the voluntary and stipulated dismissal of Plaintiff Karen Robertson, as Trustee of the Trust of Lloydine Ann Reese ("Robertson"), and Defendant North American Van Lines, Inc. ("NAVL"), the Court having considered the arguments of the parties, it is hereby ORDERED that:

1. Robertson's claims against NAVL are dismissed with prejudice.
2. Each party shall bear its own costs and fees.

DATE: 10/19/05           ENTERED: _____



IT IS SO ORDERED
Judge Samuel Conti

1

**STIPULATED DISMISSAL PURSUANT TO RULE 41**
**CASE NO. 3:03-cv-02397**