**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN ROBERTSON, as Trustee of the Trust of Lloydine Anne Reese, and TERRA SAKS-YOUNG, on behalf of themselves, all others similarly situated, and the general public, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C-03-2397-SC<br><br>ORDER DENYING MOTION <u>FOR RECONSIDERATION</u> |
| Plaintiffs, | | |
| v. | | |
| NORTH AMERICAN VAN LINES, INC., a Delaware corporation, | | |
| Defendants. | | |

Plaintiff Terra Saks-Young has filed a motion for reconsideration of the Court's May 5, 2006 Order Dismissing the Action for Lack of Prosecution.  Though this motion is improperly noticed - a party must ordinarily ask for leave of court under Local Rule 7-9(a) before noticing a motion for reconsideration - the Court will rule on this motion as if it were properly noticed.

After having reviewed Plaintiff's papers, the Court finds no reason to alter its decision to dismiss the action.  The reasons for the Court's dismissal are clearly set forth in its May 5, 2006 Order.  Accordingly, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: August 14, 2006

_____
UNITED STATES DISTRICT JUDGE